PS 8
(10/97)

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

MAY 09 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## for the
## Western District of Virginia

U.S.A. vs. Audrey Elaine Elrod          Docket No. 1:13CR00020

Petition for Action on Conditions of Pretrial Release

COMES NOW Angela Sullivan, Probation Officer, presenting an official report upon the conduct of defendant Audrey Elaine Elrod who was placed under pretrial release supervision by the Honorable Pamela Meade Sargent sitting in the Court at Abingdon, VA, on April 15, 2013, under the following conditions:

Condition #1: "The defendant must not commit any offense in violation of federal, state or local law while on release."

Condition #6(b): "the defendant shall report as directed by the probation officer, shall follow the direction of the probation officer, shall promptly report any personal status changes to the probation officer; this shall include immediately reporting any contact by law enforcement officers regarding a criminal investigation or any additional criminal charges placed against the defendant. The defendant shall continue to reside at his/her current residence, and shall not change residences without the permission of the probation officer. All overnight stays must be at the address of record."

Respectfully presenting petition for action of Court and for cause as follows:
(if short insert here; if lengthy write on separate sheet and attach)

On May 6, 2013, a summons was requested by the probation office in the case of Audrey Eleaine Elrod, asking that she show cause why her pretrial supervision should not be revoked. A summons was subsequently issued by the Court on May 8, 2013 calling for Ms. Elrod to show cause why her bond should not be revoked based upon the following information:

Ms. Elrod was arrested on April 15, 2013, for the offense of Structuring Transactions to Evade Reporting Requirements. At the time of her arrest, a CJA 23 form was completed and filed with the Court bearing Ms. Elrod's signature declaring as follows: she earns $344/week in unemployment benefits and her monthly living expenses total $735.00. It should also be noted on this same Court document, Ms. Elrod declared she had no money in any checkings or savings accounts and had no cash on hand. However, since being placed on bond on April 15, 2013, Ms. Elrod has been involved in the following wire transfers of funds:

On April 16, 2013, Ms. Elrod conducted a money transfer via Western Union to Mark Guanipa in Nigeria in the amount of $1375.00.

On April 16, 2013, Ms. Elrod conducted a money transfer via Western Union to Mark Guanipa in Nigeria in the amount of $100.00.

On April 18, 2013, Ms. Elrod received a money transfer via Western Union from Patrice Tong, Londgen, Trindad and Tobago in the amount of $673.00.

On April 19, 2013, Ms. Elrod conducted a money transfer via Western Union to Mark Guanipa in Nigeria in the amount of $1470.00.

On April 23, 2013, Ms. Elrod conducted a money transfer via Western Union to Mark Guanipa in Nigeria in the amount of $2000.00.

On April 23, 2013, Ms. Elrod conducted a money transfer via Western Union to John Ebhodaghe in Nigeria in the amount of $2000.00.

Since the issuance of a summons on or about May 8, 2013, it is alleged that Ms. Elrod has violated the conditions of her release in the following additional ways:

On May 8, 2013, United States Probation Officer (USPO) Sullivan called the defendant and instructed her to report to the Abingdon Probation Office located at 312 Cummings Street, Abingdon, Virginia on May 9, 2013 at 9:30 am.

On May 8, 2013, Ms. Elrod had an appointment to report to the United States Probation Office for the Southern District of West Virginia, Bluefield Division, to meet with USPO Brett Taylor, who is providing courtesy pretrial supervision of Ms. Elrod. Ms. Elrod failed to report as instructed.

As a result of the defendant's failure to report to USPO Taylor on May 8, 2013, USPO Sullivan called Ms. Elrod and left a voicemail message instructing her to call USPO Sullivan. She has failed to call as instructed.

Ms. Elrod failed to report to the Abingdon Probation Office on May 9, 2013 as instructed. All attempts to contact her via telephone on the same date have been unsuccessful. At this time, Ms. Elrod's whereabouts are unknown. Based upon this information, it is respectfully requested that the summons issued on May 8, 2013 be replaced with a warrant for the arrest of Audrey Elaine Elrod.

PRAYING THAT THE COURT WILL ORDER that a warrant be issued to determine whether the defendant's bond should be revoked and that this petition and the warrant be SEALED until the execution of the warrant.

Case 1:13-cr-00020-JPJ-PMS Document 25 Filed 05/09/13 Page 3 of 3 Pageid#: 40

## ORDER OF COURT

Considered and ordered this __9th__ day of __May__, 20__13__ and ordered filed and made a part of the records in the above case.

_Pamela Meade Sargent_
U.S. District Judge/Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: __May 9, 2013__ .

_Angela Sullivan_
U.S. Pretrial Services/Probation Officer

Place: __Abingdon, VA__