JUDGE'S CHAMBERS

**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF VIRGINIA
104 Federal Building & United States Courthouse
180 West Main Street
ABINGDON, VIRGINIA 24210

James P. Jones
United States District Judge

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

JAN 26 2015

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

January 23, 2015

Audrey Elaine Elrod
17292-084
FPC Alderson
P.O. Box A
Alderson, WV 24910

Re:   United States v. Elrod
      Case No. 1:13CR00020-001

Dear Ms. Elrod:

Judge Jones has asked me to reply to your recent letter.

In your sentence, Judge Jones specified installments of $25 per month OR one-half of your income, whichever is less. He does not wish to reduce that amount, in light of the large restitution amount owing.

Sincerely yours,

/s/

Assistant to Judge Jones